**Blue Cross Blue Shield of AL**
450 Riverchase Pky E
Birmingham, AL  35244

| Pay Group: | BW1-BC1 Exception Time Reporters |
| Pay Begin Date: | 09/16/2019 |
| Pay End Date: | 09/29/2019 |

| Business Unit: | SYS00 |
| Advice #: | **000000002135681** |
| Advice Date: | 10/11/2019 |

**Sandra C Nance**
5737 Willow Lake Drive
Birmingham, AL  35244

| Employee ID: | 12128 |
| Department: | 0590-App Dev Clms Supp and Analysis |
| Location: | AL - Telecommute BC1 |
| Job Title: | Sr App Sys Analyst/Programmer |
| Pay Rate: | $110,653.00 Annual |

| TAX DATA: | Federal | AL State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | 5 | 4 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Time | | | 4,255.88 | 1,404.50 | 73,495.75 |
| Regular Time | 53.198558 | -8.00 | -425.59 | | 0.00 |
| Paid Time Used | 53.198558 | 8.00 | 425.59 | 211.50 | 11,064.92 |
| Holiday Pay | | | 0.00 | 64.00 | 3,346.01 |
| Performance Incentive | | | 0.00 | | 13,831.35 |
| R+ Check | | | 0.00 | | 2,218.80 |
| Taxable Rplus Gift | | | 0.00 | | 114.76 |
| Taxable Wellness Gift | | | 0.00 | | 459.07 |
| **TOTAL:** | | **0.00** | **4,255.88** | **1,680.00** | **104,155.66** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 555.95 | 15,060.70 |
| Fed MED/EE | 61.59 | 1,513.40 |
| Fed OASDI/EE | 263.37 | 6,471.10 |
| AL Withholdng | 163.55 | 4,210.37 |
| **TOTAL:** | **1,044.46** | **27,255.57** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PPO Medical FT B/T Individual | 45.50 | 863.00 |
| Dental FT B/T Individual | 6.50 | 123.50 |
| **TOTAL:** | **52.00** | **986.50** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan BW#1 | 100.64 | 2,113.44 |
| 401(k) Loan BW#2 | 84.19 | 1,767.99 |
| United Way | 81.61 | 1,713.81 |
| Voluntary Accident Fam Cov | 0.00 | 86.70 |
| **TOTAL:** | **266.44** | **5,681.94** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PPO Medical FT B/T Individual | 181.50 | 3,442.50 |
| Dental FT B/T Individual | 8.00 | 152.00 |
| Vision Full-Time Individual | 2.73 | 51.64 |
| Group Term Life Basic Coverage | 25.50 | 480.30 |
| Group Term Life Basic Coverage* | 44.08 | 828.49 |
| Long Term Disability Coverage | 40.33 | 759.97 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,255.88 | 4,247.96 | 1,044.46 | 318.44 | 2,892.98 |
| YTD | 104,155.66 | 104,372.65 | 27,255.57 | 6,668.44 | 70,231.65 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002135681 | Checking | 1010227855506 | 2,892.98 |
| **TOTAL:** | | | **2,892.98** |

**MESSAGE:**

Case 19-04701-TOM7   Doc 4   Filed 11/14/19   Entered 11/14/19 17:14:30   Desc Main
Document      Page 1 of 2

**Blue Cross Blue Shield of AL**
450 Riverchase Pky E
Birmingham, AL 35244

| Pay Group: | BW1-BC1 Exception Time Reporters |
| Pay Begin Date: | 09/02/2019 |
| Pay End Date: | 09/15/2019 |

| Business Unit: | SYS00 |
| Advice #: | **000000002131432** |
| Advice Date: | 09/27/2019 |

**Sandra C Nance**
5737 Willow Lake Drive
Birmingham, AL 35244

| Employee ID: | 12128 |
| Department: | 0590-App Dev Clms Supp and Analysis |
| Location: | AL - Telecommute BC1 |
| Job Title: | Sr App Sys Analyst/Programmer |
| Pay Rate: | $108,745.92 Annual |

| TAX DATA: | Federal | AL State |
|---|---|---|
| Tax Status: | Single | Married |
| Allowances: | 5 | 4 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Time | | | 4,182.54 | 1,332.50 | 69,665.46 |
| Regular Time | 52.281693 | -8.00 | -418.25 | | 0.00 |
| Holiday Pay | 52.281693 | 8.00 | 418.25 | 64.00 | 3,346.01 |
| Performance Incentive | | | 0.00 | | 13,831.35 |
| Paid Time Used | | | 0.00 | 203.50 | 10,639.33 |
| R+ Check | | | 0.00 | | 2,218.80 |
| Taxable Rplus Gift | | | 0.00 | | 114.76 |
| Taxable Wellness Gift | | | 0.00 | | 459.07 |
| **TOTAL:** | | **0.00** | **4,182.54** | **1,600.00** | **99,899.78** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 539.58 | 14,504.75 |
| Fed MED/EE | 60.53 | 1,451.81 |
| Fed OASDI/EE | 258.83 | 6,207.73 |
| AL Withholdng | 160.70 | 4,046.82 |
| **TOTAL:** | **1,019.64** | **26,211.11** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PPO Medical FT B/T Individual | 45.50 | 817.50 |
| Dental FT B/T Individual | 6.50 | 117.00 |
| **TOTAL:** | **52.00** | **934.50** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan BW#1 | 100.64 | 2,012.80 |
| 401(k) Loan BW#2 | 84.19 | 1,683.80 |
| United Way | 81.61 | 1,632.20 |
| Voluntary Accident Fam Cov | 0.00 | 86.70 |
| **TOTAL:** | **266.44** | **5,415.50** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PPO Medical FT B/T Individual | 181.50 | 3,261.00 |
| Dental FT B/T Individual | 8.00 | 144.00 |
| Vision Full-Time Individual | 2.73 | 48.91 |
| Group Term Life Basic Coverage | 25.50 | 454.80 |
| Group Term Life Basic Coverage* | 44.08 | 784.41 |
| Long Term Disability Coverage | 40.33 | 719.64 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,182.54 | 4,174.62 | 1,019.64 | 318.44 | 2,844.46 |
| YTD | 99,899.78 | 100,124.69 | 26,211.11 | 6,350.00 | 67,338.67 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002131432 | Checking | 1010227855506 | 2,844.46 |
| **TOTAL:** | | | **2,844.46** |

**MESSAGE:**